| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Schreier, Karen E. | 2. Court or Organization U.S. District Court, South Dakota | 3. Date of Report 05/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

United States District Court
400 S. Phillips Avenue, Rm. 233
Sioux Falls, SD 57104

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Board of Directors | South Dakota Children's Home Society |
| 2. | Member Board of Directors | Federal Judges Association |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 17-18, 2016 | Washington, DC | Board of Directors Meeting | Hotel and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2.   T. ROWE PRICE EQUITY INCOME FUND | D | Dividend | L | T | | | | | |
| 3.   T. ROWE PRICE GROWTH STOCK FUND | B | Distribution | J | T | | | | | |
| 4.   T. ROWE PRICE NEW HORIZONS FUND | D | Distribution | M | T | | | | | |
| 5.   T. ROWE PRICE SCIENCE AND TECHNOLOGY FUND | C | Distribution | L | T | | | | | |
| 6.   T. ROWE PRICE VALUE FUND | C | Dividend | L | T | | | | | |
| 7.   IRA #1 RBC WEALTH MANAGEMENT (H) | | | | | | | | | |
| 8.   PRIME MONEY MARKET FUND (cash account) (Y) | | | | | | | | | |
| 9.   RBC BANK DEPOSIT PROGRAM (CASH ACCOUNT) (X) | A | Interest | J | T | | | | | |
| 10.   PUTNAM FD FOR GROWTH & INCOME CL C SHS | A | Dividend | L | T | | | | | |
| 11.   PUTNAM FDS TR CAPITAL SPECTRUM FD CL C | A | Dividend | K | T | | | | | |
| 12.   PIMCO FDS SENIOR FLOATING RATE FD CL C MUTUAL FUND | B | Dividend | K | T | | | | | |
| 13.   TRANSAMERICA ASSET ALLOCATION GROWTH PORTFOLIO CLASS C MUTUAL FUND | A | Dividend | J | T | | | | | |
| 14.   NEW YORK LIFE INSURANCE CO. - FIXED ADVANTAGE ANNUITY | B | Interest | K | T | | | | | |
| 15.   NEW YORK LIFE UNIVERSAL LIFE POLICY | B | Dividend | L | T | | | | | |
| 16.   LINCOLN FINANCIAL GROUP UNIVERSAL LIFE INS. POLICY | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. PROTECTIVE (FORMERLY JEFFERSON NATIONAL UNIVERSAL) LIFE INS. POLICY | A | Interest | J | T | | | | | |
| 18. METLIFE INS. CO. LIFE INS. POLICY | A | Interest | K | T | | | | | |
| 19. GREAT WESTERN (FORMERLY HOME FEDERAL) BANK ACCOUNT | A | Interest | J | T | | | | | |
| 20. FIRST DAKOTA TITLE INS. LTD. PTR. (1 UNIT) | F | Int./Div. | N | T | | | | | |
| 21. BROKERAGE ACCOUNT #2 RBC WEALTH MGT (H) | | | | | | | | | |
| 22. PRIME MONEY MKT FUND (cash account) (Y) | | | | | | | | | |
| 23. RBC BANK DEPOSIT PROGRAM (CASH ACCOUNT) (X) | B | Interest | L | T | | | | | |
| 24. PIMCO FDS GOVT MONEY MARKET FUND CL C (cash account) | A | Interest | L | T | | | | | |
| 25. ALTRIA GROUP INC. COMMON | B | Dividend | K | T | | | | | |
| 26. APPLE INC | A | Dividend | K | T | Buy (add'l) | 04/12/16 | K | | |
| 27. BERKSHIRE HATHAWAY CL B COMMON | | None | M | T | | | | | |
| 28. CHEVRON CORP COMMON | A | Dividend | K | T | | | | | |
| 29. CITIGROUP INC. COMMON | A | Dividend | J | T | | | | | |
| 30. COCA-COLA COMPANY COMMON | A | Dividend | K | T | | | | | |
| 31. COLGATE-PALMOLIVE COMPANY COMMON | A | Dividend | J | T | | | | | |
| 32. CONAGRA COMMON | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. DEERE & CO.-COMMON | A | Dividend | J | T | | | | | |
| 34. EATON VANCE SHORT DURATION GOV'T INCOME FD CL C | A | Dividend | K | T | | | | | |
| 35. EMC CORP. MASS COMMON | A | Dividend | | | Merged (with line 86) | 09/07/16 | J | C | |
| 36. EXXON MOBIL CORP COMMON | A | Dividend | K | T | | | | | |
| 37. GENERAL ELECTRIC COMPANY COMMON | A | Dividend | J | T | | | | | |
| 38. HOME DEPOT INC. COMMON | A | Dividend | K | T | | | | | |
| 39. INTEL CORPORATION COMMON | A | Dividend | K | T | | | | | |
| 40. ISHARES GLOBAL TELECOM ETF | A | Dividend | J | T | | | | | |
| 41. ISHARES NASDAQ BIOTECHNOLOGY INDEX FD | A | Dividend | J | T | Buy (add'l) | 04/12/16 | J | | |
| 42. ISHARES RUSSELL 2000 ETF | A | Dividend | K | T | Buy (add'l) | 04/12/16 | J | | |
| 43. ISHARES RUSSELL MID CAP ETF | A | Dividend | K | T | Buy (add'l) | 04/12/16 | J | | |
| 44. ISHARES US PHARMACEUTICALS ETF | A | Dividend | K | T | Buy (add'l) | 04/12/16 | J | | |
| 45. | | | | | Buy (add'l) | 04/12/16 | J | | |
| 46. KRAFT HEINZ COMPANY COMMON | A | Dividend | J | T | | | | | |
| 47. LAMB WESTON HOLDINGS INC COMMON STOCK | A | Dividend | J | T | Spinoff (from line 32) | 11/10/16 | J | | |
| 48. MEDTRONIC PLC COMMON | A | Dividend | K | T | | | | | |
| 49. MERCK & CO. INC. COMMON | A | Dividend | K | T | Buy (add'l) | 04/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. MICROSOFT CORP COMMON | B | Dividend | L | T | | | | | |
| 51. MONDELEZ INT. INC - COMMON | A | Dividend | K | T | | | | | |
| 52. PEPSICO INCORPORATED COMMON | A | Dividend | K | T | | | | | |
| 53. PFIZER INC. COMMON | A | Dividend | K | T | Buy (add'l) | 04/12/16 | J | | |
| 54. PHILIP MORRIS INTL INC. COMMON | C | Dividend | L | T | | | | | |
| 55. PROCTOR & GAMBLE CO. COMMON | A | Dividend | K | T | | | | | |
| 56. TARGET CORP COMMON | A | Dividend | J | T | | | | | |
| 57. US BANCORP DEL- COMMON | A | Dividend | J | T | | | | | |
| 58. 3M COMPANY COMMON | A | Dividend | K | T | | | | | |
| 59. VAN ECK FUNDS GLOBAL ASSETS FUND CL C | A | Dividend | J | T | | | | | |
| 60. WALGREENS BOOT ALLIANCE INC | A | Dividend | K | T | Buy (add'l) | 04/12/16 | J | | |
| 61. BP PLC SPONS ADR COMMON | A | Dividend | K | T | | | | | |
| 62. AMERICAN FUNDS EURO PACIFIC GROWTH FD CL A | A | Dividend | L | T | | | | | |
| 63. OPPENHEIMER DEVELOPING MKTS FUND-CL C | A | Distribution | K | T | | | | | |
| 64. ROYAL DUTCH SHELL PLC COMMON | A | Dividend | J | T | | | | | |
| 65. THORNBURG INVT TR INTL VALUE FD CLC MUTUAL FUND | A | Dividend | J | T | | | | | |
| 66. THORNBURG INVT TR DEVELOPING WORLD FD CL C MUTUAL FUND | | None | | | Buy (add'l) | 04/12/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. | | | | | Sold | 12/21/16 | J | | |
| 68. VANGUARD ADMIRAL FDS INC S&P 500 GROWTH INDEX FD ETF | A | Dividend | J | T | | | | | |
| 69. TEMPLETON GLOBAL BOND FUND-CL C | A | Distribution | | | Sold | 11/01/16 | K | | |
| 70. BANK OFAMERICA CHARLOTTE NA CD | A | Interest | J | T | | | | | |
| 71. EATON VANCE NAT. MUN. OPPORTUNITIES TR | A | Dividend | J | T | | | | | |
| 72. NUVEEN FLAGSHIP ALL-AMERICAN MUNICIPAL BOND FUND CL A | A | Dividend | K | T | | | | | |
| 73. THORNBURG LTD TERM MUNICIPAL FUND CL A | A | Dividend | K | T | | | | | |
| 74. DESCHUTES & JEFFERSON CNTYS OR SD #02J | | None | K | T | | | | | |
| 75. YUBA CITY CAL. UNI. SCHOOL DIST. BOND | | None | K | T | | | | | |
| 76. CHELAN CNTY WA PUD #1 COLUMBIA ELEC. & PUB POWER BOND | | None | K | T | | | | | |
| 77. FRANKLIN-MCKINLEY CAL. SCHOOL BOND | | None | J | T | | | | | |
| 78. ALLEN TX INDPT. SCHOOL DIST. BOND | | None | K | T | | | | | |
| 79. PENN. ST. TPK COMMON TPK TOLL ROADS BOND | B | Interest | K | T | | | | | |
| 80. METROPOLITAN WASH. DC ARPT. DULLES TOLL ROAD BOND | | None | K | T | | | | | |
| 81. PIMCO FDS PAC INVT MGMT SER REAL ESTATE RET STR CL C | A | Dividend | | | Buy (add'l) | 04/13/16 | J | | |
| 82. | | | | | Sold | 11/02/16 | L | | |
| 83. LINCOLN NATL LIFE AMER. ANNUITY (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. LVIP AMERICAN GROWTH FUND | | None | J | T | | | | | |
| 85. LVIP AMERICAN GROWTH-INCOME FUND | | None | J | T | | | | | |
| 86. DELL TECHNOLOGIES INC (X) | | None | | | Sold | 11/01/16 | J | | |
| 87. INTERNATIONAL BUSINESS MACHINES CORP | A | Dividend | K | T | Buy | 04/12/16 | K | | |
| 88. PIMCO FOREIGN BOND FUND | | None | K | T | Buy | 11/02/16 | K | | |
| 89. EXPRESS SCRIPTS HOLDING | | None | J | T | Buy | 12/21/16 | J | | |
| 90. VANGUARD WORLD FUND | | None | J | T | Buy | 12/21/16 | J | | |
| 91. IRA ACCOUNT #2 RBC WEALTH MANAGEMENT (H) | | | | | | | | | |
| 92. FEDERATED MONEY MKT FD (cash account) (Y) | | | | | | | | | |
| 93. RBC BANK DEPOSIT PROGAM (CASH ACCOUNT) (X) | A | Interest | K | T | | | | | |
| 94. VOYA SER FD INC CORPORATE LEADERS TRUST SER B | A | Dividend | J | T | | | | | |
| 95. THORNBURG INVT TR INVT INCOME BUILDER FD CL I | A | Dividend | J | T | | | | | |
| 96. ARTISAN FUNDS INC MID CAP FUND | A | Dividend | J | T | | | | | |
| 97. ARTISAN GLOBAL SMALL CAP | | None | | | Sold | 11/01/16 | J | | |
| 98. HENDERSON GLOBAL FDS GLOBAL EQUITY INCOME FD CL I | A | Dividend | | | Sold | 11/01/16 | J | | |
| 99. HOTCHKIS & WILEY FUNDS SMALL CAP VALUE FUND CL I | | None | | | Sold | 11/01/16 | J | | |
| 100. ISHARES TR RUSSELL MID CAP ETF | A | Dividend | K | T | Buy (add'l) | 11/01/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. VANGUARD ADMIRAL FUNDS INC. S&P 500 GROWTH INDEX FUND | A | Dividend | K | T | Buy (add'l) | 11/01/16 | K | | |
| 102. VANGUARD ADMIRAL FDS. INC. S&P 500 VALUE INDEX | A | Dividend | J | T | Sold (part) | 11/01/16 | K | D | |
| 103. VANGUARD FTSE EMERGING MARKETS ETF FTSE EMERGING INDEX | A | Dividend | J | T | | | | | |
| 104. VANGUARD FTSE DEVELOPED MARKETS ETF | A | Dividend | K | T | Buy (add'l) | 11/01/16 | J | | |
| 105. EATON VANCE EMERGING MKTS LOCAL INCOME FUND CL 1 (Y) | | | | | | | | | |
| 106. EATON VANCE INCOME FUND BOSTON INC INST CL | A | Dividend | J | T | | | | | |
| 107. FT TEMPLETON GLOBAL BOND A | A | Dividend | J | T | | | | | |
| 108. FINANCING CORP - FED CPN FICO STRIPS SERIES E BOND | | None | | | Redeemed | 11/02/16 | K | | |
| 109. US TREAS. SEC. STRPD. BOND | | None | K | T | | | | | |
| 110. FED. HOME LOAN MTG. CORP. CMO SERIES 21 21-Z (Y) | | | | | | | | | |
| 111. PIMCO ALL ASSET ALL AUTHORITY MUTUAL FUND | A | Dividend | | | Sold | 04/12/16 | J | | |
| 112. PIMCO FDS REAL ESTATE REAL RETURN STRATEGY | A | Dividend | K | T | Buy | 04/12/16 | J | | |
| 113. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 114. VANGUARD INDEX FUNDS SMALL CAP VALUE ETF | A | Dividend | J | T | Buy | 11/01/16 | J | | |
| 115. BROKERAGE ACCOUNT #3 RBC WEALTH MANAGEMENT (H) | | | | | | | | | |
| 116. GALENA PARK TEX INDPT. SCH BOND | A | Interest | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. CLACKAMAS & WASHINGTON CNTYS EDUCATION BOND | B | Interest | K | T | | | | | |
| 118. SOUTHERN MINNESOTA MUNI PWR BOND | B | Interest | K | T | | | | | |
| 119. PENN ST TPK COMMN TPK TOLL ROADS BOND | B | Interest | K | T | | | | | |
| 120. KWB HOTEL PARTNERS, LLC | | None | K | T | Buy (add'l) | 03/16/16 | K | | |
| 121. DOUGHERTY & DOUGHERTY LLP | A | Interest | O | U | | | | | |
| 122. DISCOVER BANK ACCOUNT | C | Interest | M | T | | | | | |
| 123. BENEFICIARY SEP IRA #1 RBC WEALTH MGT (H) | | | | | | | | | |
| 124. FEDERATED MONEY MARKET (cash account) (Y) | | | | | | | | | |
| 125. ARTISAN FUNDS INC SMALL CAP VALUE FUND | | None | | | Merged (with line 152) | 05/24/16 | J | | |
| 126. ALPS ETF TR ALERIAN MLP | A | Dividend | J | T | | | | | |
| 127. ISHARES RUSSELL MID CAP ETF | A | Dividend | K | T | Buy (add'l) | 11/01/16 | J | | |
| 128. NATIXIS FUNDS TR II VAUGHAN NELSON OPP FD CL Y | A | Dividend | | | Sold | 11/01/16 | J | | |
| 129. OAKTREE CAP GROUP LLC | A | Dividend | | | Sold | 12/21/16 | J | | |
| 130. POWERSHARES GLOBAL ETF FUND GLOBAL WATER PORTFOLIO | A | Dividend | J | T | | | | | |
| 131. VANGUARD ADMIRAL FDS INC S&P 500 GROWTH INDEX FD ETF | A | Dividend | K | T | Buy (add'l) | 11/01/16 | J | | |
| 132. VANGUARD ADMIRAL FDS INC S&P 500 VALUE INDEX FD ETF SHS | A | Dividend | K | T | Sold (part) | 11/01/16 | J | A | |
| 133. VANGUARD INDEX FUNDS SMALL-CAP VALUE ETF | A | Dividend | K | T | Buy (add'l) | 11/01/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. VOYA SER FD INC CORPORATE LEADERS TRUST SER B | A | Dividend | | | Sold | 11/01/16 | J | B | |
| 135. VANGUARD SECTOR INDEX FUND VANGUARD TELECOMMUNICATION SERVICES ETF | A | Dividend | J | T | | | | | |
| 136. HENDERSON GLOBAL FDS GLOBAL EQUITY INCOME FD CL I | A | Dividend | | | Sold | 11/01/16 | J | | |
| 137. VANGUARD FTSE EMERGING MARKETS ETF FTSE EMERGING INDEX | A | Dividend | K | T | | | | | |
| 138. VANGUARD FTSE DEVELOPED MARKETS ETF | A | Dividend | K | T | Buy (add'l) | 11/01/16 | J | | |
| 139. VANGUARD INTERMEDIATE TERM BOND ETF | A | Dividend | K | T | | | | | |
| 140. SPDR BARCLAYS INTERNATIONAL TREASURY BOND ETF | | None | J | T | | | | | |
| 141. EATON VANCE INCOME FD BOSTON INC INSTL CL | A | Dividend | J | T | | | | | |
| 142. ISHARES IBOXX $ HIGH YIELD CORPORATE BOND ETF | A | Dividend | J | T | | | | | |
| 143. POWERSHARES GLOBAL EXCHANGE TRADED FD TR EMERGING MARKETS SOVEREIGN | A | Dividend | J | T | | | | | |
| 144. ISHARES TIPS BOND ETF | A | Dividend | K | T | | | | | |
| 145. SPDR SERIES TRUST SPDR DB INTL GOVT INFLATION PROTECTED BOND ETF | A | Dividend | J | T | | | | | |
| 146. PIMCO ALL ASSET ALL AUTHORITY P | A | Int./Div. | | | Sold | 11/01/16 | J | | |
| 147. THORNBURG INVT TR INCOME BUILDER FD CL I | A | Dividend | | | Sold | 11/01/16 | J | | |
| 148. SPDR INDEX SHS FDS DOW JONES GLOBAL REAL ESTATE ETF | A | Dividend | K | T | | | | | |
| 149. VANGUARD DEVELOPED MKTS INDEX FUND ADMIRAL | A | Dividend | J | T | Buy | 11/01/16 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 150. VANGUARD INFLATION PROTECTED SECURITIES FUND ADMIRAL CL | A | Dividend | J | T | Buy | 11/01/16 | K | | |
| 151. T. ROWE PRICE HEALTH SCIENCES FUND INC | | None | J | T | Buy | 12/21/16 | J | | |
| 152. ARTISAN FDS MID CAP (X) | | None | | | Sold | 11/01/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 14: Name updated per filing instructions; this entry corresponds with line 17 of the 2015 report.

Part VII, line 24: Corporate name change; this entry corresponds with line 26 of the 2015 report.

Part VII, lines 83-85: Name updated and holding details expanded per filing instructions; these entries correspond with line 90 of the 2015 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Karen E. Schreier**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544